UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-mj-02897-Reid

FILED BY _____ mdc _____ D.C.

May 3, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, FL

IN RE SEALED COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Ilana R. Malkin
Ilana R. Malkin
Assistant United States Attorney
Court ID No. A5503170
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9170
Email: Ilana.Malkin@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Scott Schneider,<br><br>*Defendant(s)* | Case No. 1:24-mj-02897-Reid |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 1, 2023** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(b) | Possession of child pornography |
| 18 U.S.C. § 2252(a)(1) and (b)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

*Complainant's signature*

**Matthew J. Couch, Special Agent HSI**
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Face Time**

Date: 05/03/2024

*Judge's signature*

City and state: **Miami, Florida**   **Honorable Lisette M. Reid, United States Magistrate Judge**
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew J. Couch, being duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), assigned to the Miami Office. I have been employed as an HSI Special Agent since April 2003. I am currently assigned to the Cybercrimes Child Exploitation Group. My duties include the investigation of a variety of federal offenses involving the sexual exploitation of children such as trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants.

2. During these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have received training in the area of child pornography and child exploitation, and, during the course of my duties, I have observed and reviewed examples of child pornography. I have also conducted child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

3. Prior to my employment with HSI, I was commissioned as a Special Agent with the United States Diplomatic Security Service for approximately three years.

1

4. This Affidavit is made for the purpose of establishing probable cause in support of the arrest of **Scott Schneider ("SCHNEIDER")**, for the possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and transportation of child pornography, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(2).

5. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. I have not included each and every fact known to me and to other law enforcement officers involved in this investigation, but only the facts sufficient to establish probable cause.

## PROBABLE CAUSE

6. On or about December 1, 2023, SCHNEIDER entered the United States at the Miami Seaport, via Royal Caribbean Cruise Line aboard the Explorer of the Seas vessel, from a Caribbean cruise. SCHNEIDER, who is a United States citizen, was traveling with his grandparents and stated that the reason for his trip was a vacation. SCHNEIDER was selected for secondary inspection. During secondary inspection, a Customs and Border Protection Officer ("CBP") inspected SCHNEIDER's personal property including an Apple iPhone 13 Pro Max cellphone and a MacBook Pro laptop. Upon inspection, SCHNEIDER made an oral binding declaration to the inspecting CBP Officer stating he owned the iPhone and the MacBook laptop. Furthermore, SCHNEIDER provided the CBP Officer with the passwords for both devices.

7. A manual review of SCHNEIDER's cellphone by the CBP Officer, pursuant to CBP's border search authority, revealed a recent chat between SCHNEIDER and a second individual who appears to also be an adult ("A1"). The conversation involved A1 discussing exchanging photos from A1's "younger days." SCHNEIDER discussed with A1 how he gets "so

turned on" thinking about how A1 was raped as a minor. In additional chats with A1, SCHNEIDER discussed how he fantasizes about putting boys ages 4 to 11 years old in bondage and making them engage in sexual acts for him, as well as kidnapping and torturing them. Several pictures of children's feet were also found on SCHNEIDER's cellphone.

8. During inspection, the CBP Officer discovered that SCHNEIDER worked for a nonprofit organization where he has access to children.

9. A full forensic examination of SCHNEIDER's cellphone and MacBook laptop, pursuant to a border search, revealed multiple files of child pornography, including the following files:

   a. **File Name** – videos 2018 (41).avi (Playable Video, 10 min 37 sec).
      **Description** – Prepubescent female masturbating, focusing on genitalia.

   b. **File Name** – 6AAAFA84-67BA-4030-ACB5-2B21F58E950B.016f2b85f401d8a9fe596217f2068328cb300dc0ba (Image/jpeg).
      **Description** – Collage of images taken from mp4 video of minor males engaged in masturbation.

   c. **File Name** – 81D0D39E-A236-449C-9F41 F43ACC96C470.01d3433f78e0e66b3a5c6bcbd0e0b24e2ee6bd4624 (Image/jpeg).
      **Description** – Collage of images taken from mp4 video of a prepubescent male bound and gagged with an adult male hand touching the child's anus and genitalia.

   d. **File Name** – D0D2CF1E-7601-433D-86AC-0FF7963251A1.01171dc6fc5d19582ce00a8a9ad79d404693077e03 (Image/jpeg).
      **Description** – Collage of images of a prepubescent male focusing on the child's anus.

10. A full forensic examination of SCHNEIDER's cell phone and MacBook laptop revealed that these files were on the devices prior to December 1, 2023.

3

## CONCLUSION

11. Based on the foregoing facts, I believe that probable cause exists that SCHNEIDER knowingly committed the offense of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and transportation of child pornography, in violation of Title 18, United States Code, 2252(a)(1) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT**

*[signature]*

MATTHEW J. COUCH
Special Agent
Department of Homeland Security
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __3rd__ day of May 2024.

*[signature]*

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

4